## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: FILED: JULY 21, 2008 |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee v. J & A Sons, Inc., an Ohio corporation | 08 cv 4110<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE COX<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee

| NAME (Type or print) |
|---|
| Anthony E. Napoli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Anthony E. Napoli |
| FIRM |
| Central States Legal Department |
| STREET ADDRESS |
| 9377 West Higgins Road, 10th Floor |
| CITY/STATE/ZIP |
| Rosemont, Illinois 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06210910 | (847) 518-9800, ext. 3702 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐