U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee v. J & A Sons, Inc., an Ohio corporation

Case Number:
FILED: JULY 21, 2008
08 cv 4110
JUDGE ANDERSEN
MAGISTRATE JUDGE COX
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee

| | |
|---|---|
| NAME (Type or print) | |
| Rebecca K. MacMahon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Rebecca K. MacMahon | |
| FIRM | |
| Central States Legal Department | |
| STREET ADDRESS | |
| 9377 West Higgins Road, 10th Floor | |
| CITY/STATE/ZIP | |
| Rosemont, Illinois 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06290192 | (847) 518-9800, ext. 3441 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐