AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, trustee

CASE NUMBER:  08 CV 4110

V.

ASSIGNED JUDGE: JUDGE ANDERSEN

J & A Sons, Inc., an Ohio corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

J & A Sons, Inc., an Ohio corporation
c/o Stephen S. Holmes, Registered Agent
537 E. Pete Rose Way
Suite 400
Cincinnati, Ohio 45202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli
Central States Legal Department
9377 West Higgins Road, 10th Floor
Rosemont, Illinois 60018

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Jacqueline Hallimon_
(By) DEPUTY CLERK

**July 21, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 7/22/08 | |
| NAME OF SERVER *(PRINT)* John Burns | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served on person of Pam Taylor, Receptionist, Authorized to accept for Mr. Holmes. Served @ 537 East Pete Rose Way, Cinti. Ohio (Law Firm, CORS & Basset

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____7/22/08_____        *John Burns*
                        Date                         *Signature of Server*

30 Garfield Pl. Cinti. Ohio 45202
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.