# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AREAS PENSION FUND, AND HOWARD MCDOUGALL, | ) ) ) ) |
| Plaintiffs, | ) Case No. 08 CV 4110 ) |
| v. | ) Judge Andersen ) |
| J & A SONS, INC., | ) Magistrate Judge Cox ) |
| Defendant. | ) ) |

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

Defendant, J & A Sons, Inc., by and through its undersigned counsel, hereby requests that this Court grant its Motion for Extension of Time to file an Answer and Defenses to Plaintiffs' Complaint in the above matter.

1. Defendant hereby requests this Court grant it a brief extension from August 11, 2008 until August 25, 2008, within which to file its Answer and Defenses. The undersigned counsel was just engaged to represent Defendant and is leaving on vacation on August 6, 2008, returning to the office on August 18, 2008.

2. The undersigned represents to this Court that he has contacted Plaintiffs' counsel in this matter, who has no objection to the relief sought in this Motion.

WHEREFORE, Defendant prays that this Court grant its Motion for an Extension of Time to File Responsive Pleadings in the above matter until August 25, 2008 and for any such other and further relief as may be necessary.

                Respectfully submitted,

                **J & A SONS, INC.**

                By:   /s/Donald J. Vogel
                     One of its Attorneys

Donald J. Vogel (#6191438)
Sara L. Pettinger (#6204647)
Adam C. Smedstad (6210102)
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
Telephone: (312) 255-7200
Facsimile: (312) 422-1224
dvogel@scopelitis.com
spettinger@scopelitis.com
asmedstad@scopelitis.com

## **CERTIFICATE OF SERVICE**

I, Donald J. Vogel, hereby certify that on August 6, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Anthony E. Napoli
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
anapoli@centralstatesfunds.org

/s/Donald J. Vogel