## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AREAS PENSION FUND, AND HOWARD MCDOUGALL, <br><br> Plaintiffs, <br><br> v. <br><br> J & A SONS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 08 CV 4110 <br> ) <br> ) Judge Andersen <br> ) <br> ) Magistrate Judge Cox <br> ) <br> ) <br> ) |

### NOTICE OF FILING

TO:   Anthony E. Napoli, Esq.
      Central States Funds Law Department
      9377 W. Higgins Road
      Rosemont, Illinois 60018-4938
      tnapoli@centralstatesfunds.org

PLEASE TAKE NOTICE that on Friday, August 29, 2008, the undersigned counsel for Defendant, J & A Sons, Inc., filed with the U.S. District Court for the Northern District of Illinois, Eastern Division, Defendant's **Answer to Complaint**, a copy of which is served upon you.

Respectfully submitted,

**J & A SONS, INC.**

By: /s/Donald J. Vogel
      One of its Attorneys

Donald J. Vogel (#6191438)
Sara L. Pettinger (#6204647)
Adam C. Smedstad (#6210102)
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
Telephone: (312) 255-7200
Facsimile: (312) 422-1224

## **CERTIFICATE OF SERVICE**

I, Donald J. Vogel, hereby certify that on August 29, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>Anthony E. Napoli, Esq.
>Central States Funds Law Department
>9377 W. Higgins Road
>Rosemont, Illinois 60018-4938
>tnapoli@centralstatesfunds.org

/s/Donald J. Vogel